## NATIONAL SLOVAK SOCIETY *v.* McQUADE.

This case is controlled by *National Slovak Society* v. *McQuade, ante,* 616.

Appeal from Wayne; Richter (Theodore J.), J. Submitted October 30, 1931.   (Docket No. 227, Calendar No. 35,952.)   Decided October 30, 1931.

Bill by National Slovak Society of the United States of America, a Pennsylvania corporation, against Walter McQuade and others to foreclose a mortgage.   From order appointing a temporary receiver, defendant Ulrich Lumber & Coal Company, a Michigan corporation, appeals.   Reversed.

*Lawrence J. DeFerie,* for appellant.

*Max M. Braun,* for appellee.

POTTER, J.   This case is governed by *National Slovak Society* v. *McQuade, ante,* 616.

Order appointing receiver reversed and receiver discharged, with costs to appellant.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, SHARPE, NORTH, and FEAD, JJ., concurred.